ACCEPTED
03-14-00704-CV
4634726
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 11:27:20 AM
JEFFREY D. KYLE
CLERK

COURT OF APPEALS

THIRD JUDICIAL DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 11:27:20 AM
JEFFREY D. KYLE
Clerk

AUSTIN, TEXAS

| | | |
|---|---|---|
| 2004 DODGE RAM 1500 | § | COURT OF APPEALS |
| TX LP#CPL1988 AND 2000 BUICK | § | NO. 03-14-00704-CV |
| TX LP#CV1N8187, | § | |
| Appellant | § | |
| VS. | § | |
| THE STATE OF TEXAS, | § | |
| Appellee | § | DISTRICT COURT NO. CV36,279 |

STATE'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

COMES NOW, the State of Texas, by and through its undersigned attorney, and respectfully requests that the Court grant an Extension of Time for Filing the State's Brief in the above reference cause.

Pursuant to Rules 38.6 and 10.5(b), Texas Rules of Appellate Procedure, the Petitioner would show in support of this Motion that:

1.    The current deadline for filing Appellee's Brief is March 26, 2015.

2.    The length of time requested for an extension is an additional 29 days until April 17, 2012;

3.    The reasons for the need for an extension are that:

1) As a new prosecutor assigned to County Court in Milam County, the undersigned currently has a heavy jury trial docket.

2) In addition to these duties, this prosecutor is also the sole juvenile attorney for the office.

3) The matter on appeal began before the undersigned began employment in Milam County, and, as such, the undersigned has a great deal of research to do regarding the record in this case.

4) Furthermore, the undersigned has never dealt with an asset forfeiture case or appeal. The undersigned therefore has a great amount of research to do in order to find supporting authority for the case.

4. The number of extensions previously granted the State is none.

Respectfully submitted,

/s/ Joseph P. Johnson
Joseph P. Johnson
Assistant County and District Attorney
Milam County, Texas
204 N. Central, Cameron, Texas 76520
Phone: (254) 697-7013
Fax: (254) 697-7016
jjohnson@milamcounty.net
State Bar No. 24092587

CERTIFICATE OF CONFERENCE

In accordance with Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with the attorney for only other party in this case, Benton Ross Watson, on the merits of this motion and that office has no objection to this motion.

/s/ Joseph P. Johnson
Joseph P. Johnson

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing State's Motion for Extension of Time to File Appellee's Brief has been delivered to Benton Ross Watson, attorney for the Appellant, on this 11th day of March, 2014. The copy of this motion was delivered via facsimile to Benton Ross Watson, 120 E. First Street/P.O. Box 1000, Cameron, Texas 76520, at (254) 231-0212. Mr. Watson represents LaTonya Alcorn in this matter.

/s/ Joseph P. Johnson
Joseph P. Johnson